UNITED STATES of America,
Plaintiff–Appellee

v.

Jymlu YOUNG, Defendant–Appellant.

No. 11–50320
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Donna F. Coltharp, Assistant Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jymlu Young raises arguments that he concedes are foreclosed. *See United States v. Rawls,* 85 F.3d 240, 242 (5th Cir.1996) (rejecting Commerce Clause-based challenge to 18 U.S.C. § 922(g)(1)). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.